**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| U-Haul International, Inc., et al., | No. CV-04-662-PHX-DGC |
| Plaintiffs/Counterdefendants, | **ORDER** |
| vs. | |
| Lumbermens Mutual Casualty Company, | |
| Defendant/Counterclaimant. | |

On March 19, 2007, judgment was entered in favor of Plaintiffs U-Haul International, Inc. and Republic Western Insurance Company and against Defendant Lumbermens Mutual Casualty Company in the amount of $1,958,535.69. Dkt. #166. Plaintiffs subsequently were awarded $412,576.75 in attorneys' fees and $3,013.75 in taxable costs. Dkt. ##190, 202. Defendant appealed the judgment and award of fees and costs. Dkt. #204.

Defendant has filed a motion for an order approving supersedeas bond and staying enforcement of judgment pending appeal. Dkt. #207. Defendant seeks the order pursuant to Rule 62 of the Federal Rules of Civil Procedure. *Id.* Rule 62(d) provides that when an appeal is taken, the appellant may obtain a stay of proceedings to enforce judgment by posting a supersedeas bond. The rule "is a purely procedural mechanism to preserve the *status quo* during a stay pending appeal of a district court decision[.]" *Bass v. First Pac. Networks, Inc.*, 219 F.3d 1052, 1055 (9th Cir. 2000).

1  Defendant has posted a supersedeas bond in the amount of $2,858,000.00. Dkt. #209.
2  Plaintiffs do not object to the bond amount or otherwise oppose Defendant's motion.  The
3  Court will grant the motion and approve the supersedeas bond pursuant to Rule 62(d).

**IT IS ORDERED:**

1. Defendant's motion for an order staying execution or enforcement of the judgment entered in favor of Plaintiffs (Dkt. #207) is **granted**.
2. The supersedeas bond (Dkt. #209) is **approved**.
3. Enforcement of the judgment in this case is **stayed** pending appeal.

DATED this 20th day of July, 2007.

David G. Campbell
United States District Judge